# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Robert Bartsch**

**Shirley Bartsch**

Debtor(s)

Case Number: **12-00131-FLK**

Chapter: **13**

**ORDER CONFIRMING CHAPTER 13 PLAN**

THIS MATTER came on for hearing before the Honorable Frank L. Kurtz on April 10, 2012 for confirmation of a Chapter 13 Plan. The court having reviewed the files and records herein, heard argument of the parties and being fully advised in the premises.

IT IS HEREBY ORDERED:

The Chapter 13 Plan filed with the court on 01/12/2012 satisfies the requirements of 11 U.S.C. 1325 and is hereby CONFIRMED.

Pursuant to LBR 2016-1(e)(3), any flat fee provided for in the Plan is allowed.

PLEASE TAKE NOTICE that although certain pre-confirmation distributions may have been made by the Trustee, all future payments will be made only where a Proof of Claim is filed.

*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

04/11/2012 14:11:01